No. 129, Orig.   VIRGINIA v. MARYLAND.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed within 45 days.   Replies, if any, with supporting briefs, may be filed within 30 days.   [For earlier order herein, see, *e. g.*, 536 U. S. 903.]

No. 01–1289.   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. v. CAMPBELL ET AL.   Sup. Ct. Utah.   [Certiorari granted, 535 U. S. 1111.]   Motion of respondents for leave to file a brief in response to petitioner's supplemental brief granted.   Motion of petitioner for leave to file a second supplemental brief granted.

No. 02–102.   LAWRENCE ET AL. v. TEXAS.   Ct. App. Tex., 14th Dist.   [Certiorari granted, *ante*, p. 1044.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 02–572.   INTEL CORP. v. ADVANCED MICRO DEVICES, INC.   C. A. 9th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.   JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 02–626.   SOUTH FLORIDA WATER MANAGEMENT DISTRICT v. MICCOSUKEE TRIBE OF INDIANS ET AL.   C. A. 11th Cir.; and

No. 02–649.   DEE-K ENTERPRISES, INC., ET AL. v. HEVEAFIL SDN. BHD. ET AL.   C. A. 4th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 02–5664.   SELL v. UNITED STATES.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 999.]   Motions of Drug Policy Alliance and American Psychological Association et al. for leave to file briefs as *amici curiae* granted.

No. 02–6416.   BOWEN v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.   Ct. App. N. C.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1026] denied.